SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

---------------------------------X
: Index No.
VIRGINIA GELISH DREW, *as trustee of the*
ALEXANDER HALAKEWICZ TRUST,
: **AFFIDAVIT OF CONFESSION**
: **OF JUDGMENT**
Plaintiff,

-against-

MIROSLAW MALINOWSKI a/k/a MIREK
MALINOWSKI

Defendant.

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ NOV 06 2019 ★
BROOKLYN OFFICE

---------------------------------X

STATE OF NEW YORK )
) ss.:
COUNTY OF KINGS )

**MIROSLAW MALINOWSKI a/k/a MIREK MALINOWSKI**, being duly sworn, deposes and says:

1. I reside at 247 Nassau Avenue, Apartment 2F, Brooklyn, New York 11222 (the "Building") and consent to the jurisdiction of this Court.

2. I am the defendant herein and am over the age of eighteen (18) years old.

3. I hereby authorize the entry of this Affidavit of Confession of Judgment (this "Confession") in the Supreme Court of the State of New York, County of Kings.

4. This Confession is for a debt due to Virginia Gelish Drew, *as trustee of the Alexander Halakewicz Trust* ("Plaintiff") pursuant to a Stipulation of Settlement, dated June ___, 2019 (the "Stipulation") in connection with the settlement of Civil Action No. 18-cv-6310, a copy of which is attached hereto as Exhibit A, and the terms of which are hereby incorporated by reference as if fully restated (capitalized terms not specifically defined herein shall have the meaning ascribed to such terms in the Stipulation).

RE\83547\0001\2753894v1

5. Pursuant to the terms of the Stipulation, I agreed to vacate Apartment 2F of the Building (the "Premises") on or before October 31, 2019 (the "Vacate Date") in full and final settlement and satisfaction of Plaintiff's claims against me.

6. By signing this Confession, I hereby confess and authorize entry thereof against me in the sum of **one-hundred and ninety-one thousand ($191,000.00) dollars** (the "Judgment Amount"), plus interests, costs and disbursements as taxed by the Clerk.

7. In the event that I fail to vacate the Premises pursuant to the terms of the Stipulation (the "Default"), I authorize the immediate entry of judgment against me, in favor of Plaintiffs, for the Judgment Amount in the Supreme Court of the State of New York, County of Kings.

8. I hereby waive all defenses, claims, counterclaims or exemptions which might otherwise form the basis of objecting to entry and enforcement of the judgment created by the entry of this Confession.

9. Without limiting the generality of the foregoing, I acknowledge that this Confession has been executed with the intent to waive any and all rights I have or may have to the service of a summons and complaint in an action to collect the Judgment Amount, to an opportunity to appear in any action on the Judgment Amount and defend same, to notice of entry or intended entry of the Judgment Amount in the office of the Clerk of the Supreme Court of the State of New York, County of Kings, to the domestication of such judgment in any other jurisdiction or county, to any appeal or other action, hearing or proceedings which would be available to me in a legal action prior to judgment if such Confession was not voluntarily executed by me.

10. By release of this Confession from escrow, which may be done without further notice, I have failed to comply with the Stipulation.

11. The sum confessed is due to Plaintiff and does not exceed the amount of my liability to Plaintiff.

12. It shall be sufficient for its entry, that this Confession be accompanied by an affidavit from an authorized representative of Plaintiff or an affirmation from Plaintiff's counsel that attests to the Default.

13. I have had the opportunity to consult with an attorney regarding this Confession and have done so to my satisfaction.

_____
Miroslaw Malinowski a/k/a Mirek Malinowski, individually

STATE OF NEW YORK )
COUNTY OF ~~KINGS~~ QUEENS ) ss.:

On the 20 day of ~~June~~ July in the year 2019, before me, the undersigned, a Notary Public in and for said State, personally appeared Miroslaw Malinowski a/k/a Mirek Malinowski personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, executed the instrument.

_____
NOTARY PUBLIC

So Ordered: /S/ USDJ KIYO A. MATSUMOTO
_____
Kiyo A. Matsumoto
U.S. District Judge

RE\83547\0001\2753894v1